```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :

SOPHIE DELVA,                           :

                               Plaintiff,    :         1:21-cv-9366-GHW

                          -v -                       :          ORDER

PORTFOLIO RECOVERY ASSOCIATES, LLC,  :

                            Defendant.   :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court may transfer a case '[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiff, the only party to appear in this case, has consented to transfer to the Eastern District of New York. Accordingly, the Court orders that this case be transferred to the Eastern District of New York.

       Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

       SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                                     GREGORY H. WOODS
                                                                United States District Judge